UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ALLORA, LLC, )
        Plaintiff, )
)      **JUDGMENT**
v. )
)      No. 5:08-CV-590-H(1)
CAMBRIDGE BUILDERS OF )
JOHNSTON COUNTY, INC., )
        Defendant. )

**Jury Verdict.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff, Allora, LLC, have and recover of the defendant, Cambridge Builders of Johnston County, Inc., the sum of $99,565.00.

This Judgment Filed and Entered on November 29, 2011, with service via CM/ECF Notice of Electronic Filing on:

Mark Bakker
Wallace Lightsey
Keith Williams
Thad Adams
Jared Gardner
W. Swain Wood
John Jackson
Jonathan Spence

Date: November 29, 2011                 DENNIS P. IAVARONE, CLERK

                                                    /s/ Lisa W. Lee

                                                    (By): Lisa W. Lee, Deputy Clerk