UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ALLORA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAMBRIDGE BUILDERS, OF )<br>JOHNSTON COUNTY, INC., )<br>Defendant. ) | **JUDGMENT**<br><br>No. 5:08-CV-590-H |

**Decision by Court.**
**This case came before Senior Judge Malcolm J. Howard for consideration.**

**IT IS ORDERED, ADJUDGED AND DECREED that plaintiff Allora, LLC's motion for Attorney Fees and Costs is GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART. Defendant shall pay to the plaintiff a total of $209,027.62 for reasonable attorney fees in this action.**

This Judgment Filed and Entered on September 27, 2012, with service on:
Mark W. Bakker (via CM/ECF Notice of Electronic Filing)
Wallace K. Lightsey (via CM/ECF Notice of Electronic Filing)
Keith A. Williams (via CM/ECF Notice of Electronic Filing)
W. Thad Adams, III (via CM/ECF Notice of Electronic Filing)
W. Swain Wood (via CM/ECF Notice of Electronic Filing)
John Christopher Jackson (via CM/ECF Notice of Electronic Filing)
Jonathan P. Spence (via CM/ECF Notice of Electronic Filing)
Jared E. Gardner (via CM/ECF Notice of Electronic Filing)

JULIE A. RICHARDS, CLERK

/s/ *Donna Rudd*
(By): Donna Rudd, Deputy Clerk